AO 91 (Rev. 11/11) Criminal Complaint

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUN - 8 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 22-mj-1848-TJS |
| Nicholas John Roske | ) |
|  | ) |
|  | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 8, 2022__ in the county of __Montgomery__ in the _____ District of __Maryland__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(A) | Attempts to kidnap or murder, or threatens to assault, kidnap or murder a United States Judge, to wit: a current Justice of the United States Supreme Court |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

_Ian Montijo_
Complainant's signature

Ian Montijo, Special Agent, FBI
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: June 8, 2022

_[signature]_
Judge's signature

City and state: Greenbelt, Maryland          Hon. Timothy J. Sullivan, U.S. Magistrate Judge
Printed name and title