✓ FILED   ___ ENTERED
___ LOGGED   _____ RECEIVED

4:16 pm, Jun 08 2022

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ___TTS___ Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**UNITED STATES OF AMERICA**

         **vs.**

**NICHOLAS JOHN ROSKE**

\*

\*

\*

**Case No.   TJS 22-mj-1848**

\*\*\*\*\*\*

### ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by

_____Andrew Szekely_____, and the Government was represented by

Assistant United States Attorney __Kathleen Gavin_____, it is

**ORDERED,** this ___8th___ day of __June__ __2022___, that the above-named defendant be,

and the same hereby is, DETAINED by agreement of the parties without prejudice to either side

requesting a prompt hearing to set appropriate conditions of release or otherwise address the

detention of the defendant.

_____
Timothy J. Sullivan
United States Magistrate Judge