======================================================================

# *UNITED STATES DISTRICT COURT*

## --------------- DISTRICT OF MARYLAND ---------------

### APPEARANCE

UNITED STATES OF AMERICA

v.                                             CASE NUMBER:   22-1848-TJS

NICHOLAS JOHN ROSKE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Nicholas John Roske.

Date:   June 9, 2022

_____/s/_____
ANDREW R. SZEKELY, #16407
Assistant Federal Public Defender
Tower II - 9TH Floor
100 South Charles Street
Baltimore, Maryland  21201
(410)  962-3962 (t)
(410)  962-3976 (f)
Email: andrew_szekely@fd.org