========================================================================

# UNITED STATES DISTRICT COURT
## ---------- DISTRICT OF MARYLAND -------

### APPEARANCE

UNITED STATES OF AMERICA

     v.                                                     CASE NO.: 22-1848-TJS

NICHOLAS JOHN ROSKE

              *     *     *     *     *     *

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

     Please enter my appearance as counsel in this case for Nicholas John Roske.   I certify that I am admitted to practice in this Court.


June 10, 2022                                      /s/
Date                                           MEGHAN MICHAEL (#81137)
                                                Assistant Federal Public Defender
                                                100 South Charles Street
                                                Tower II, Ninth floor
                                                Baltimore, Maryland 21201
                                                Phone: (410) 962-3962
                                                Fax: (410) 962-3976
                                                Email: Meghan_michael@fd.org